**MARK-ROBERT BLUEMEL -** [State Bar # 158684]
Law Offices of Mark-Robert Bluemel
4452 Park Blvd., Suite 203
San Diego, California 92116
Tel. (619) 220-0466

FILED

08 MAR 12 AM 11: 20

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:    _C P_    DEPUTY

Attorney for Plaintiff JAMES BRYANT

## FEDERAL DISTRICT COURT OF CALIFORNIA

## IN AND FOR THE COUNTY OF SAN DIEGO

| | | |
|---|---|---|
| JAMES BRYANT, an individual | ) | CASE NO.: '08 CV 0458 J RBB |
| | ) | |
| Plaintiff, | ) | **COMPLAINT FOR DAMAGES** |
| | ) | |
| v. | ) | 1) Discrimination Based on Race |
| | ) | 2) Unfair Business Practice. |
| AMTRAK, a business form unknown; | ) | 3) Intentional Infliction of Emotional |
| And DOES 1 through 50, inclusive, | ) | Distress |
| | ) | 4) Negligent Infliction of Emotional |
| | ) | Distress |
| Defendant. | ) | |

### I.

### PARTIES, JURISDICTION AND VENUE

1) The monetary damages sought by the plaintiff exceed the minimum amount in controversy limits as required by *28 U.S.C.A. § 1332.* Venue is proper in San Diego, California because the event plaintiff is complaining about occurred within the State of California, and he is currently domiciled in San Diego, California.

2) Jurisdiction is proper as to the federal question presented before the Court because: The incident occurred in the State of California; Mr. Bryant lives in San Diego, California;

Amtrak has purposely availed itself to California by doing business in San Diego, California; and the State of California and it's Courts have a policy interest in protecting its citizens from racial discrimination.

3) The defendant and its agent discriminated against the plaintiff in this action due to his race and/or national origin.

4) Plaintiff, JAMES BRYANT, was and at all times herein mentioned is a resident of the County of San Diego in the State of California. Plaintiff is an adult person and a citizen of the United States, residing in San Diego, California.

5) Plaintiff is ignorant of the true names and capacities of the defendants sued herein as DOES 1 through 50 and therefore sue these defendants by such fictitious names. Plaintiff will amend this Complaint to allege the true names and capacities when they are ascertained.

6) Plaintiff is informed and believes and thereon alleges that each fictitiously named defendant is responsible in some manner for the occurrences herein alleged and plaintiff's injuries and damages as herein alleged are directly, proximately and/or legally caused by defendants and all of their acts and/or omissions.

7) Plaintiff is informed and believes and thereon alleges that the aforementioned DOES are somehow responsible for the acts alleged herein as the agents, employers, representatives or employees of other named defendants and in doing the acts herein alleged were acting within the scope of their agency, employment or representative capacity of said named defendants or of each other.

8) Plaintiff is informed and believes and thereon alleges that each of these defendants named herein as DOES are the agents, employers, representatives or employees of the other named defendants and when performing the acts alleged herein, were acting within the scope of their agency, employment and/or representative capacity and are therefore responsible for the acts complained of herein.

9) As a further legal (proximate) result of the unlawful, and intentional discriminatory actions of defendants, and each of their agents, against plaintiff as alleged herein,

plaintiff was harmed and has suffered emotional pain, physical pain, humiliation, mental anguish, loss of enjoyment of life, and emotional distress.   As a result of such discrimination, disparate treatment, and consequent harm, plaintiff has suffered damages in an amount according to proof, at the time of trial.

## II.

## <u>SPECIFIC FACTUAL ALLEGATIONS</u>

10) Plaintiff James Bryant is a 59-year old African American man who has lived in San Diego, California since 1977. He has since started, operated, and successfully sold his own home inspecting business.

11) On or about April 16, 2007, Mr. Bryant boarded a train owned and operated by Defendant in Los Angeles, California, headed to Manhattan, New York. Mr. Bryant was planning on attending his daughter's wedding in Manhattan in the upcoming week.

12) In the mid-afternoon of April 16, 2007, Mr. Bryant exited the train while on a brief layover, and did some casual shopping at a nearby shopping mall. Upon return to the train and his personal sleeper-room, he discovered that many of his personal belongings were missing from the room. The belongings missing from his room are: two autographed baseball cards, multiple pieces of jewelry and clothing, and Mr. Bryant's wallet with a large amount of cash.

13) After discovery of the theft, two fellow passengers informed Mr. Bryant that they witnessed a young man enter his sleeper.

14) Mr. Bryant informed Amtrak personnel regarding the theft immediately after speaking with the two previously mentioned witnesses. The Amtrak employee then informed him of two different polices held by Amtrak when dealing with disputes: "One for white people and one for black people". Mr. Bryant was not only taken aback by the comment, but was extremely embarrassed by the employee's comment as there were numerous other passengers within hearing distance.

15) During his discussion with the Amtrak employee, a fellow passenger with whom he spoke with prior to the incident joined Mr. Bryant. He identified himself as a Chicago Sheriff Officer, and asked if he could help.

16) After no help from any Amtrak personnel, the Chicago Sheriff let Mr. Bryant borrow $100.00 so that he could purchase food prior to arriving in New York. Later that day, Mr. Bryant was approached by a train conductor who just started her shift. She asked him if he was offered any food. When he replied in the negative, she was shocked and immediately attempted to obtain food for him. She told Mr. Bryant in passing, "sometimes some people get treated differently on this train."

17) After multiple searches for the thief, Amtrak security finally located him, and found that he was in fact a stowaway with no ticket or personal identification. After being found, the thief escaped Amtrak's custody several times, warranting more searches for the stowaway as the train continued toward its destination.

18) While in route, Amtrak contacted the New Mexico Police Department to have officers standing by when the train arrived at its scheduled stop in Las Vegas, New Mexico.

19) Upon arrival, waiting Las Vegas Police officers took the perpetrator into custody, but failed to give Mr. Bryant any information regarding the thief's identity or his stolen property.

20) After his arrival in New York, Mr. Bryant contacted the Las Vegas Police department and Amtrak Customer Relations for any information regarding his stolen property or incident report. To date, he has yet to receive any information pertaining to the 'mystery thief' or Mr. Bryant's missing property.

21) Mr. Bryant's continuing requests for information regarding his property have failed, ultimately led to this Complaint.

///

///

///

### III.

### FIRST CAUSE OF ACTION

#### (42 U.S.C.A. § 1983 Discrimination on the Basis of Race)

22) Plaintiff re-alleges and incorporates by reference each and every allegation contained in all previous paragraphs set forth herein.

23) The foregoing conduct constitutes illegal discrimination, prohibited by 42 U.S.C.A § 1981, 1982 and 1983.


### IV.

### SECOND CAUSE OF ACTION

#### Unfair Business Practice

24) Plaintiff re-alleges and incorporates by reference each and every allegation contained in all previous paragraphs set forth herein.

25) The foregoing conduct constitutes illegal discrimination.


### V.

### THIRD CAUSE OF ACTION

#### (Intentional Infliction of Emotional Distress)

26) Plaintiff re-alleges and incorporates by reference each and every allegation contained in all previous paragraphs set forth herein.

27) The actions of defendant were outrageous, unprivileged, and carried out intentionally or with a reckless disregard with the high probability of causing plaintiff to suffer emotional distress.

28) The mistreatment of plaintiff caused him to suffer emotional distress.

///
///
///

# VI.

## FOURTH CAUSE OF ACTION

### (Negligent Infliction of Emotional Distress)

29) Plaintiff re-alleges and incorporates by reference each and every allegation contained in all previous paragraphs set forth herein.

30) Defendant's conduct was negligent and it was reasonable and foreseeable for plaintiff to suffer severe emotional distress.

31) The actions of defendant constitute Negligent Infliction of Emotional Distress.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

_Bryant v. AMTRAK_                                      6                                      COMPLAINT

## VII.

## **DEMAND FOR RELIEF**

WHEREFORE, plaintiff prays for the following relief:

1.  For monetary relief and/or special damages, in an amount according to proof at trial;

2.  For general compensatory damages in an amount according to proof at trial;

3.  For punitive damages in an amount necessary to make an example of and to punish defendants and deter future similar conduct;

4.  For pre-judgment interest;

5.  For reasonable attorneys' fees;

6.  An injunction against defendant preventing further discriminatory actions;

7.  For costs of suit incurred herein; and,

8.  For such other and further relief as the Court deems proper and just under all the circumstances.


Dated:  3/4/08

Mark Robert Bluemel, Esq.
Attorney for Plaintiff, JAMES BRYANT

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 148693   — KD**

**March 12, 2008
11:27:18**

**Civ Fil Non-Pris**
USAO #.: 08CV0458
Judge..: NAPOLEON A JONES, JR
Amount.:                    $350.00 CK
Check#.: BC 1960

**Total-> $350.00**

FROM: CIVIL FILING
      BRYANT V. AMTRAK
      08CV0458-J

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

JAMES BRYANT

**DEFENDANTS**

FILED

MAR 2008

CLERK, U.S. COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY '08 CV 0458 J RBB DEPUTY

**(b)** County of Residence of First Listed Plaintiff    San Diego, CA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Mark-Robert Bluemel - Law Offices of Mark-Robert Bluemel
4452 Park Blvd., Ste. 203, San Diego, CA 92116  (619) 220-0466

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☐ 2  U.S. Government
Defendant

☐ 3  Federal Question
(U.S. Government Not a Party)

☒ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                        and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C.  § 1983
Brief description of cause:
Discrimination based on race

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):    JUDGE                    DOCKET NUMBER

DATE    03/04/2008

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # 148693   AMOUNT $350   APPLYING IFP   DATE 3/12/08   JUDGE _____   MAG. JUDGE _____