Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

JAMES BRYANT, an individual;

vs

AMTRAK, a business form unknown;
And DOES 1 through 50, inclusive,

FILED
08 MAR 12 AM 11:26
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP  DEPUTY

SUMMONS IN A CIVIL ACTION
Case No. 08 CV 0458 J RBB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

MARK-ROBERT BLUEMEL - Law Offices of Mark-Robert Bluemel
4452 Park Blvd., Suite 203
San Diego, CA 92116
619-220-0466

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                    3/12/08
CLERK                                      DATE

By  C. BOTTMANN  Deputy Clerk

Summons in a Civil Action                                Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)