### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

<u>BRYANT</u> v. <u>AMTRAK</u>                                             Case No. <u>08cv0458 J(RBB)</u>
                                                                **Time Spent: <u> 50 mins.</u>**

<u>HON. RUBEN B. BROOKS</u>    <u>CT. DEPUTY VICKY LEE</u>                        <u>        </u> Rptr.

<u>                                  Attorneys                                  </u>
        <u>Plaintiffs</u>                            <u>Defendants</u>

<u>Mark-Robert Bluemel (present)   </u>      <u>Robert Donaldson (present)       </u>


PROCEEDINGS:   <u> x </u> In Chambers    <u>   </u>  In Court    <u>   </u> Telephonic

An early neutral evaluation conference and case management conference were held.

A settlement conference is set for December 10, 2008, at 10:00 a.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement <u>and</u> a claims adjuster, if appropriate.**


DATE: <u>July 14, 2008</u>         IT IS SO ORDERED:   *Ruben Brooks*
                                                     Ruben B. Brooks,
                                                     U.S. Magistrate Judge
cc:  Judge Jones                                  INITIALS: <u>VL (mg/irc)</u> Deputy
     All Parties of Record