### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

BRYANT v. AMTRAK                                    Case No. 08cv0458 J(RBB)
                                                   **Time Spent:** _____

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                    Rptr.

                              Attorneys
         **Plaintiffs**                        **Defendants**

Mark-Robert Bluemel _____    Robert Donaldson _____

_____        _____

_____        _____

PROCEEDINGS: _____ In Chambers _____ In Court _____ Telephonic

The settlement conference on December 10, 2008, at 10:00 a.m. is vacated and
reset for December 10, 2008, at 1:30 p.m.

**All parties and counsel shall be present at the conference in Judge Brooks's
chambers, 940 Front Street, Room 1185. Parties other than individuals shall
bring a non-lawyer representative with complete authority to enter into a
binding settlement _and_ a claims adjuster, if appropriate.**

DATE: August 28, 2008          IT IS SO ORDERED: _____
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc: Judge Jones                    INITIALS: VL (mg/irc) Deputy
    All Parties of Record