# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRYANT, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>AMTRAK, a business form unknown; and DOES 1 through 50, inclusive,<br><br>  Defendant. | Case No.  08 CV 0458 J (RBB)<br><br>**ORDER GRANTING DEFENDANT ADDITIONAL TIME WITHIN WHICH TO DEPOSE PLAINTIFF AND MOVE FOR SUMMARY JUDGMENT [DOC. NO. 13]** |

Having reviewed the Stipulation Granting Defendant Additional Time Within Which to Depose Plaintiff and Move for Summary Judgment, and good cause appearing therefor,

IT IS HEREBY ORDERED that Amtrak may depose Plaintiff in this matter on or before May 15, 2009, and may serve and file its contemplated motion for summary judgment against Plaintiff on or before June 1, 2009.

DATE:  March 20, 2009

_____
Ruben B. Brooks
United States Magistrate Judge