MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BRYANT v. AMTRAK                           Case No. 08cv0458 J(RBB)
                                           **Time Spent: 25 mins.**

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE    Rptr. CD 1: 10:00:52-10:21:46

                              Attorneys
        Plaintiffs                              Defendants

Mark-Robert Bluemel (present)         Robert Donaldson (telephonically)


PROCEEDINGS:    ___  In Chambers    _x_  In Court    ___  Telephonic

A motion hearing was held on Defendant's Motion to Compel Answers to its First Set of Special Interrogatories and Demands for Production and Inspection of Documents [doc. no. 10].

For the reasons stated on the record, the Court GRANTS Defendant's Motion. James Bryant is ordered to provide responses to the interrogatories and requests for production and inspection without objection no later than May 6, 2009, either by delivering those responses to his counsel of record or, if he is proceeding pro se, to counsel for Defendant Amtrak directly.

Bryant is also ordered to pay sanctions in the amount of $325.00 to Defendant no later than August 7, 2009.


DATE: April 6, 2009          IT IS SO ORDERED:   _Ruben Brooks_
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc:  Judge Jones                        INITIALS: VL (mg/irc) Deputy
     All Parties of Record