# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMTRAK, a business form unknown; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendant. | Case No.  08 CV 0458 J (RBB)<br><br>**ORDER GRANTING JOINT MOTION FOR ADDITIONAL TIME WITHIN WHICH TO DEPOSE PLAINTIFF AND MOVE FOR SUMMARY JUDGMENT [DOC. NO. 27]** |

　　　Having reviewed the Joint Motion Granting Defendant Additional Time Within Which to Depose Plaintiff and Move for Summary Judgment, and good cause appearing therefor,

　　　IT IS HEREBY ORDERED that Amtrak may depose Plaintiff in this matter on or before June 1, 2009, and may serve and file its contemplated motion for summary judgment against Plaintiff on or before June 15, 2009.

DATED: May 14, 2009

　　　　　　　　　　　　　　　　　　　_Ruben Brooks_
　　　　　　　　　　　　　　　　　　　Ruben B. Brooks
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge