1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JAMES BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMTRAK, a business form unknown;<br>and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.  08 CV 0458 J (RBB)<br><br>**ORDER GRANTING DEFENDANT ADDITIONAL TIME WITHIN WHICH TO DEPOSE PLAINTIFF AND MOVE FOR SUMMARY JUDGMENT [DOC. NO. 34] AND AMENDING CASE MANAGEMENT ORDER [DOC. NO. 7]** |

11
12
13
14
15
16
17
18

   Having reviewed the Joint Motion Granting Defendant Additional Time

19

Within Which to Depose Plaintiff and Move for Summary Judgment, and good

20

cause appearing therefor,

21

   IT IS HEREBY ORDERED that Amtrak may depose Plaintiff in this matter

22

on or before June 30, 2009, and may serve and file its contemplated motion for

23

summary judgment against Plaintiff on or before July 15, 2009.

24

   The Case Management Conference Order, filed July 14, 2008 [doc. no. 7], is

25

amended as follows:

26

   No Memoranda of Law or Contentions of Fact are to be filed unless so

27

ordered by this Court.  In that case, counsel shall serve on each other and file with

28

the Clerk of the Court their memoranda of contentions of fact and law in compliance with Local Rule 16.1(f)(2) on or before October 19, 2009.  In any event, on or before this date, all parties or their counsel shall also fully comply with the pretrial disclosure requirements of rule 26(a)(3) of the Federal Rules of Civil Procedure.

Counsel shall confer and take the action required by Local Rule 16.1(f)(4) on or before October 30, 2009.  The parties shall meet and confer and prepare a proposed pretrial order.  A personal meeting between an incarcerated Plaintiff, acting in pro per, and defense counsel is not required.

At this meeting, counsel shall discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues.  Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment, lists of witnesses and their addresses including experts who will be called to testify and written contentions of applicable facts and law.  The exhibits shall be prepared in accordance with Local Rule 16.1(f)(2)(c).  Counsel shall cooperate in the preparation of the proposed final pretrial conference order.

The proposed final pretrial conference order, including objections to any party's Fed. R. Civ. P. 26(a)(3) pretrial disclosures, shall be prepared, served and lodged with the Clerk of the Court on or before November 3, 2009, and shall be in the form prescribed in and in compliance with Local Rule 16.1(f)(6).  Counsel shall also bring a court copy of the pretrial order to the pretrial conference.

The final pretrial conference shall be held before the Honorable Napoleon A. Jones, Jr., United States District Judge, on November 9, 2009, at 9:00 a.m.

DATED:  June 9, 2009

Ruben B. Brooks, Magistrate Judge
U.S. District Court