### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

BRYANT v. AMTRAK                                    Case No. 08cv0458 J(RBB)
                                                    **Time Spent:** _____

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE        Rptr. _____

                              Attorneys
        Plaintiffs                              Defendants

Mark-Robert Bluemel                         Robert Donaldson


PROCEEDINGS:    ____  In Chambers    ____  In Court    ____  Telephonic

The telephonic, attorneys-only settlement conference on November 10, 2009, at 8:30 a.m. is vacated and reset for December 3, 2009, at 8:00 a.m.

Counsel for Plaintiff is to initiate the call.


DATE: October 19, 2009           IT IS SO ORDERED:  /s/ Ruben Brooks
                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge
cc:  Judge Jones                         INITIALS:  VL (mg/irc)  Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\1983\BRYANT0458\MINUTE08.wpd